IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEONARD RELIFORD,

      Appellant,

v.
                                 Case No.  5D22-634
                                 LT Case Nos. 2020-CF-001326-A
                                           2017-CF-003654-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender,
and Joshua Mosley, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and   Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.